```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03720
  KURT S MATHIASSON
  ESPERANZA M MATHIASSON                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
  SSN XXX-XX-7633    SSN XXX-XX-8902

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/06/06 and confirmed on 06/20/06.

    2.  The case was converted to Chapter 7 after confirmation, 06/16/2008.

    3.  The Debtor paid a total of $  34832.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | MORTGAGE ARRE | 8223.78 | .00 | 8223.78 |
| FIRST FRANKLIN | SECURED | .00 | .00 | .00 |
| FIRST FRANKLIN | MORTGAGE ARRE | 1744.47 | .00 | 1744.47 |
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED | 7175.00 | 919.11 | 2509.34 |
| CARMAX AUTO FINANCE | SECURED | 7160.59 | 917.22 | 2504.25 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9676.34 | .00 | 9676.34 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3602.06 | .00 | 3602.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 34863.14 | .00 | 173.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15732.48 | .00 | 78.42 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1447.35 | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4507.58 | .00 | 22.47 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1057.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15798.56 | .00 | 78.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 284.75 | .00 | .00 |
| TRUELOGIC FINANCIAL CORP | UNSECURED | 14890.33 | .00 | 74.22 |
| HILCO RECEIVABLES LLC | UNSECURED | 28095.44 | .00 | 140.04 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL IN  UNSECURED       888.14          .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       595.86          .00          .00
AMERICREDIT FINANCIAL     UNSECURED       994.67          .00          .00
ILLINOIS DEPT REVENUE     UNSECURED       975.29          .00          .00
JEFFERSON CAPITAL SYSTEM  FILED LATE         .00          .00          .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY  | UNSECURED  | OTHER | TOTAL     |
|--------------------|-----------|-----------|------------|-------|-----------|
| TOTAL CLMS ALLOWED | 24303.84  | 13278.40  | 120130.69  | .00   | 157712.93 |
| PRINCIPAL PAID     | 14981.84  | 13278.40  | 567.67     | .00   | 28827.91  |
| INTEREST PAID      | 1836.33   | .00       | .00        | .00   | 1836.33   |
| TOTAL PAID         | 16818.17  | 13278.40  | 567.67     | .00   | 30664.24  |

The Debtor's attorney, ZALUTSKY & PINSKI             , was allowed $   3000.00 and was paid $    131.00  direct and $   2869.00  through the plan.

The Trustee received $    1298.76 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/11/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                           PAGE   2
     CASE NO. 06 B 03720 KURT S MATHIASSON & ESPERANZA M MATHIASSON